**Order filed, August 20, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00433-CV

———————

### NASSER CHEHAB, Appellant

### V.

### MAC HAIK CHEVROLET, LTD., Appellee

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-10742**

---

## ORDER

The reporter's record in this case was due July 10, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Amanda King, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM


Panel Consists of Chief Justice Frost and Justices Wise and Bourliot.